UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE, on behalf of the holders of
the Home Equity Asset Trust 2006-7
Home Equity Pass through Certificates,
Series 2006-7

       Plaintiff,

v.                            Case No:   2:10-cv-503-FtM-38DNF

FIRST AMERICAN TITLE
INSURANCE COMPANY,

       Defendant.
_____/

### ORDER[1]

This matter comes before the Court on review of the Docket. Judgment was entered. (Doc. #239). Then, this matter was appealed. (See Doc. #245; Doc. #246). Thereafter, the Eleventh Circuit Court of Appeals granted the parties joint motion to dismiss the appeal with prejudice. (Doc. #250).

Accordingly, it is now **ORDERED:**

The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1]Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.